B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Capriati Construction Corp. Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**05-0475007** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1020 Wigwam Pkwy**<br>**Henderson, NV**<br>ZIP Code **89074** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,            ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as                     business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Capriati Construction Corp. Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)            Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Capriati Construction Corp. Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Debtor <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br><br> **X** **/s/ Brandy Brown** <br> Signature of Attorney for Debtor(s) <br><br> **Brandy Brown 9987** <br> Printed Name of Attorney for Debtor(s) <br><br> **Kung & Brown** <br> Firm Name <br><br> **214 S. Maryland Pkwy** <br> **Las Vegas, NV 89101** <br> _____ <br> Address <br><br>            Email: bbrown@ajkunglaw.com <br> **702-382-0883  Fax: 702-382-2720** <br> Telephone Number <br><br> **October  7, 2015** <br> Date <br><br> *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** **/s/ David Rocchio** <br> Signature of Authorized Individual <br><br> **David Rocchio** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **October  7, 2015** <br> Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Capriati Construction Corp. Inc.**
                                Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **84 Lumber**<br>**PO Box 365**<br>**Eighty Four, PA 15330** | **84 Lumber**<br>**PO Box 365**<br>**Eighty Four, PA 15330** | **Trade Debt** | | **65,464.79** |
| **Ahern Rentals**<br>**PO Box 271390**<br>**Las Vegas, NV 89127** | **Ahern Rentals**<br>**PO Box 271390**<br>**Las Vegas, NV 89127** | **Trade Debt** | | **59,787.80** |
| **Cal Portland Company**<br>**PO Box 847409**<br>**Los Angeles, CA 90084** | **Cal Portland Company**<br>**PO Box 847409**<br>**Los Angeles, CA 90084** | **Trade Debt** | | **590,403.20** |
| **Caserta LLC**<br>**3097 E. Warm Springs Rd. #300**<br>**Las Vegas, NV 89120** | **Caserta LLC**<br>**3097 E. Warm Springs Rd. #300**<br>**Las Vegas, NV 89120** | **Business debt** | | **77,600.00** |
| **Cashman Equipment**<br>**PO Box 843397**<br>**Los Angeles, CA 90084** | **Cashman Equipment**<br>**PO Box 843397**<br>**Los Angeles, CA 90084** | **Trade Debt** | | **99,834.66** |
| **Diamond Concrete Cutting**<br>**80 Corporate Park Drive**<br>**Las Vegas, NV 89118** | **Diamond Concrete Cutting**<br>**80 Corporate Park Drive**<br>**Las Vegas, NV 89118** | **Trade Debt** | | **49,988.50** |
| **Dispatch Transportation**<br>**14032 Santa Ana Avenue**<br>**Fontana, CA 92337** | **Dispatch Transportation**<br>**14032 Santa Ana Avenue**<br>**Fontana, CA 92337** | **Trade Debt** | | **77,147.29** |
| **First Insurance Funding**<br>**PO Box 66468**<br>**Chicago, IL 60666** | **First Insurance Funding**<br>**PO Box 66468**<br>**Chicago, IL 60666** | **Business Debt** | | **65,056.95** |
| **Horizontal Boring and Tunneling**<br>**505 S, River Ave.**<br>**Exeter, NE 68351** | **Horizontal Boring and Tunneling**<br>**505 S, River Ave.**<br>**Exeter, NE 68351** | **Trade Debt** | | **119,830.39** |
| **Keller Paving and Landscaping**<br>**1820 Highway 2 Bypass East**<br>**Minot, ND 58701** | **Keller Paving and Landscaping**<br>**1820 Highway 2 Bypass East**<br>**Minot, ND 58701** | **Trade Debt** | | **1,196,146.14** |
| **Las Vegas-Phoenix Post Tension**<br>**336 E. Country Club Dr.**<br>**Henderson, NV 89015** | **Las Vegas-Phoenix Post Tension**<br>**336 E. Country Club Dr.**<br>**Henderson, NV 89015** | **Trade Debt** | | **126,830.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Capriati Construction Corp. Inc.**                          Case No.
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Main Electric Construction** 2626 Valley Street Minot, ND 58702 | **Main Electric Construction** 2626 Valley Street Minot, ND 58702 | **Trade Debt** | | 331,268.40 |
| **Patriot Lube** PO Box 231059 Las Vegas, NV 89105 | **Patriot Lube** PO Box 231059 Las Vegas, NV 89105 | **Trade Debt** | | 212,418.95 |
| **RDO Trust** PO Box 7160 Fargo, ND 58106 | **RDO Trust** PO Box 7160 Fargo, ND 58106 | **Trade Debt** | | 111,111.96 |
| **Reseco Insurance Advisors** 7901 North 16th St. Ste 100 Phoenix, AZ 85020 | **Reseco Insurance Advisors** 7901 North 16th St. Ste 100 Phoenix, AZ 85020 | **Business Debt** | | 71,453.86 |
| **River City Petroleum** 4870 E. Cartier Avenue Las Vegas, NV 89115 | **River City Petroleum** 4870 E. Cartier Avenue Las Vegas, NV 89115 | **Trade Debt** | | 58,606.47 |
| **Soil Tech Inc.** 6420 S. Cameron #207 Las Vegas, NV 89118 | **Soil Tech Inc.** 6420 S. Cameron #207 Las Vegas, NV 89118 | **Trade Debt** | | 52,647.45 |
| **Sukut Equipment** 4010 W. Chandler Santa Ana, CA 92704 | **Sukut Equipment** 4010 W. Chandler Santa Ana, CA 92704 | **Trade Debt** | | 86,964.00 |
| **Susan Frankewich** 3210 W, Charleston Blvd, Bldg 4 Las Vegas, NV 89102 | **Susan Frankewich** 3210 W, Charleston Blvd, Bldg 4 Las Vegas, NV 89102 | **Trade Debt** | | 110,381.42 |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October  7, 2015**                    Signature   **/s/ David Rocchio**
                                                            **David Rocchio**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§  152 and 3571.

Capriati Construction Corp. Inc.
1020 Wigwam Pkwy
Henderson, NV 89074

Brandy Brown
Kung & Brown
214 S. Maryland Pkwy
Las Vegas, NV 89101

84 Lumber
PO Box 365
Eighty Four, PA 15330

Ahern Rentals
PO Box 271390
Las Vegas, NV 89127

Cal Portland Company
PO Box 847409
Los Angeles, CA 90084

Caserta LLC
3097 E. Warm Springs Rd. #300
Las Vegas, NV 89120

Cashman Equipment
PO Box 843397
Los Angeles, CA 90084

Clark County Accessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155

Dept. of Employment, Training, and Rehab
Employment Securit Division
Carson City, NV 89713

Diamond Concrete Cutting
80 Corporate Park Drive
Las Vegas, NV 89118

Dispatch Transportation
14032 Santa Ana Avenue
Fontana, CA 92337

First Insurance Funding
PO Box 66468
Chicago, IL 60666

Horizontal Boring and Tunneling
505 S, River Ave.
Exeter, NE 68351

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Keller Paving and Landscaping
1820 Highway 2 Bypass East
Minot, ND 58701

Las Vegas-Phoenix Post Tension
336 E. Country Club Dr.
Henderson, NV 89015

Main Electric Construction
2626 Valley Street
Minot, ND 58702

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave #1300
Las Vegas, NV 89101

Patriot Lube
PO Box 231059
Las Vegas, NV 89105

RDO Trust
PO Box 7160
Fargo, ND 58106

Reseco Insurance Advisors
7901 North 16th St. Ste 100
Phoenix, AZ 85020

River City Petroleum
4870 E. Cartier Avenue
Las Vegas, NV 89115

Soil Tech Inc.
6420 S. Cameron #207
Las Vegas, NV 89118

Sukut Equipment
4010 W. Chandler
Santa Ana, CA 92704

```
Susan Frankewich
3210 W, Charleston Blvd, Bldg 4
Las Vegas, NV 89102

United States Trustee
300 Las Vegas BLVD S. #4300
Las Vegas, NV 89101
```

# United States Bankruptcy Court
### District of Nevada

In re  **Capriati Construction Corp. Inc.**  
                     Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Capriati Construction Corp. Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

**October  7, 2015**  
Date

**/s/ Brandy Brown**  
**Brandy Brown 9987**  
Signature of Attorney or Litigant  
Counsel for   **Capriati Construction Corp. Inc.**  
**Kung & Brown**  
**214 S. Maryland Pkwy**  
**Las Vegas, NV 89101**  
**702-382-0883 Fax:702-382-2720**  
**bbrown@ajkunglaw.com**