Capriati Construction Corp. Inc.
1020 Wigwam Pkwy
Henderson, NV 89074

Brandy Brown
Kung & Brown
214 S. Maryland Pkwy
Las Vegas, NV 89101

84 Lumber
PO Box 365
Eighty Four, PA 15330

A Storage On Wheels nc
5085 Cecil Ave
Las Vegas, NV 89115

A T & T Mobility
PO Box 6463
Carol Stream, IL 60197

A-1 Mechanical, Inc
5985 Polaris Ave
Las Vegas, NV 89118

A-1 Office Machine Company Inc
1215 S. Commerce St.
Las Vegas, NV 89102

ABC Locksmiths
3981 E. Sunset Road Suite E
Las Vegas, NV 89120

Ahern Rentals
PO Box 271390
Las Vegas, NV 89127

All Hose South, LLC
3105 West Post Road
Las Vegas, NV 89118

All Hose, Inc
4300 N. Pecos Rd #2
Las Vegas, NV 89115

Ameritas Life Insurance Corp.
PO Box 81889
Lincoln, NE 68501

Anderson Drilling
10303 Channel Road
Lakeside, CA 92040

Aquaperfect
PO Box 610
Saint Joseph, MN 56374

Architectural Precast, Inc
4630 E. Ann Road
Las Vegas, NV 89115

Associates Environmental, Inc
16882 Bolsa Chica St Ste 202
Huntington Beach, CA 92649

Atlas Construction Company
PO Box 178240
San Diego, CA 92177

Auto & Truck Parts of Temecula
41457 Sanborn Abe
Temecula, CA 92590

B Aand H Radiator Service
1400 Foremaster Lane
Las Vegas, NV 89101

Badger Daylighting Corp
75 Remittance Dr Suire 3185
Chicago, IL 60675

Bank of Nevada
PO Box 26237
Las Vegas, NV 89126

Bank of Nevada
PO Box 98809
Las Vegas, NV 89193

Bank of Nevada
2700 W. Sahara Ave.
Las Vegas, NV 89102

BC Transportation
4660 Flippin St
Las Vegas, NV 89115

Bearing Belt and Chain Division of Purvi
PO Box 540757
Dallas, TX 75220

Blaine Equipment Co, Inc
3540 N. 5th St
North Las Vegas, NV 89032

Bobcat of Las Vegas, Inc
2900 N. Losee Rd
North Las Vegas, NV 89030

Boulder Sand and Gravel
4010 W. Hecienda Ave, Suite 100
Las Vegas, NV 89118

Boys of Nevada Pest Control
2742 Abels Ln
Las Vegas, NV 89115

Bravo Undergrounf
1183 Center Point Dr
Henderson, NV 89074

Brody Chemical Inc
6125 W. Double Eagle Circle
Salt Lake City, UT 84118

Butler Machinery Company
PO Box 9559
Fargo, ND 58106

Cal Portland Company
PO Box 847409
Los Angeles, CA 90084

California Barricade
1550 E. Saint Gertrude Place
Santa Ana, CA 92705

CalPortland Company
PO Box 847409
Los Angeles, CA 90084

Capital One FSB
PO Box 60599
City of Industry, CA 91716

Carbajal & McNutt, LLP
625 S. Eighth St.
Las Vegas, NV 89101

Caserta LLC
3097 E. Warm Springs Rd. #300
Las Vegas, NV 89120

Cashman Equipment
PO Box 843397
Los Angeles, CA 90084

Cat Financial Commercial Acc
PO Box 905229
Charlotte, NC 28290

Catania Consulting LLC
8275 S. Eastern Ave #200
Las Vegas, NV 89123

Caterpillar Financial Services
PO Box 100647
Pasadena, CA 91189

Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203

Century Link
PO Box 4300
Carol Stream, IL 60197

Certified Laboratories
23261 Network Place
Chicago, IL 60673

Chevron and Texaco Card Services
PO Box 70887
Charlotte, NC 28272

City of Boulder City
PO Box 61350
Boulder City, NV 89006

City of Henderson-Utility Ser
PO Box 95011
Henderson, NV 89009

City of North Las Vegas
2200 Civic Center Dr
North Las Vegas, NV 89030

City of North Las Vegas Utilities Dept
PO Box 360118
North Las Vegas, NV 89036

City of Upland
PO Box 101115
Pasadena, CA 91189

Clark County Accessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155

Clark County Assessor
PO Box 551401
Las Vegas, NV 89115

Clark County Dept. Air Quality
4700 W. Russel Rd
Las Vegas, NV 89118

Clark County Public Works Administrative
500 S. Grand Central Pkwy
Las Vegas, NV 89115

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155

Clark County Treasurer
500 S. Grand Central Pkwy
Las Vegas, NV 89115

Clark County Water Reclamation
5857 E. Flamingo Rd.
Las Vegas, NV 89122

Clark's Field Service, LLC
1515 5th Ave Ste 102
Belle Fourche, SD 57717

CMC Tire
4101 E. Lone Mountain Rd.
North Las Vegas, NV 89081

CMI Transpoprtation
24795 State Hwy 74
Perris, CA 92570

COMWORX
5160 South Valley View Blvd Suite 100
Las Vegas, NV 89118

Concrete Accessories, Inc
PO Box 27710
Las Vegas, NV 89126

Concrete Materials Consultants
4150 W. Pioneer Ave, Suite A
Las Vegas, NV 89102

Consolidated Reprographics
345 Clinton St
Costa Mesa, CA 92626

Construction Notebook
3131 Meade Avenue
Las Vegas, NV 89102

Corrpro Companies, Inc
PO Box 674173
Dallas, TX 75267

Cox Communications
PO Box 53262
Phoenix, AZ 85072

Cretex
PO Box 1450
Minneapolis, MN 55485

CTC Crushing, LLC
145 E. Warm Springs Rd
Las Vegas, NV 89119

Curtis Steel Co., Inc
4565 Wynn Rd
Las Vegas, NV 89103

Cutting Edge Supply
234 E. O St
Colton, CA 92324

Dana Kepmer Company, Inc
180 Cassia Way
Henderson, NV 89014

De Joya Griggith, LLC
2580 Anthem Village Drive
Henderson, NV 89052

Dept. of Employment, Training, and Rehab
Employment Securit Division
Carson City, NV 89713

Desert Fasteners and Supply
4717 W. Post Rd #110
Las Vegas, NV 89120

Desert Lumber
4950 N. Berg St
North Las Vegas, NV 89031

Diamond Concrete Cutting
80 Corporate Park Drive
Las Vegas, NV 89118

Diamondback Land Surveying
5506 S. Fort Apache Rd Ste 100
Las Vegas, NV 89148

Dielco Crane Service, Inc
5454 Arville St
Las Vegas, NV 89118

Digital Modeling Service, LLC
PO Box 874
Logandale, NV 89021

Discount Tool Repair LLC
3433 Losee Rd, Ste 1
Las Vegas, NV 89131

Dispatch Transportation
14032 Santa Ana Avenue
Fontana, CA 92337

Dispatch Transportation NV
14032 Santa Ana Ave
Fontana, CA 92337

Eagle Sentry
3595 E. Patrick Lane Suite 1200
Las Vegas, NV 89120

Eastern Municipal Water District
PO Box 8301
Perris, CA 92572

Ebeltoft.Sickler.Lawyers
PO Box 1598
Dickinson, ND 58602

ECO-PAN, Inc
1037 4th Ave N.
Kent, WA 98032

Einerson Surety Insurance Svc.
11350 Huntington Village Lane
Rancho Cordova, CA 95670

Ej Growers
28039 Scott Rd #227
Murrieta, CA 92563

Elkhorn Environmental, LLC
PO Box 751496
Las Vegas, NV 89136

Empire Underground & Grading
PO Box 8060
Fort Mohave, AZ 86427

Enerbase (Lube Oil)
Drawer F
Minot, ND 58702

Envision Concrete, LLC
5655 Reference St
Las Vegas, NV 89122

F & B Gonzales Trucking, Inc
4012 Deep Space St.
North Las Vegas, NV 89032

```
F&F Trenching, LLC
2645 Marion Dr.
Las Vegas, NV 89115

Fairway Chevrolet, Inc
PO Box 42997
3100 E. Sahara Ave
Las Vegas, NV 89104

FedEx Office
11 S. Stephanie St #170
Henderson, NV 89012

Ferguson Waterworks
PO Box 802817
Chicago, IL 60680

First Insurance Funding
PO Box 66468
Chicago, IL 60666

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

Forest Products, Inc.
5555 S. Arville Street
Las Vegas, NV 89118

FP Mailing Solutions
PO Box 157
Bedford Park, IL 60499

Freeman Pest Control
312 Rodarte St
Henderson, NV 89014

Frontier Performance Lubricants
PO Box 177
Lodi, CA 95241

Glove Connection
7471 Eastgate Rd.
Henderson, NV 89011

Goodfellow Corp
PO Box 60070
Boulder City, NV 89006
```

Grubs Tire Service
3457 Ringstar Road
North Las Vegas, NV 89030

GWE Consulting Inc.
3311 S. Rainbow Blvd #148
Las Vegas, NV 89146

H&E Equipment
4129 Losee Rd.
North Las Vegas, NV 89030

Hawthorne Machinery Co
16945 Camino San Bernadino
San Diego, CA 92127

Haywad Baker
1870 Cordell Ct Ste 212
El Cajon, CA 92020

HD Supply Waterworks, LTD
PO Box 6040
Cypress, CA 90630

Health Plan of Nevada
PO Box 749546
Los Angeles, CA 90074

Hejmanowski & McCrea LLC
520 S. 4th St. Ste 320
Las Vegas, NV 89101

Helzer's Construction Services
1961 Cypress Point Dr.
Corona, CA 92882

Henderson Constable
243 S. Water St.
Henderson, NV 89015

Henderson Quail Air Center LLC
195 E. Reno Ave.
Las Vegas, NV 89119

Hertz Equipment Rental Corp.
PO Box 650280
Dallas, TX 75265

Highway Technologies Inc.
4535 Copper Sage
Las Vegas, NV 89115

Hill International, Inc
303 Lippincott Centre
Marlton, NJ 08053

Hiniker Custom Signs & Printing
241 Sunpac Ave
Henderson, NV 89011

Home Depot Credit Services
Dept 32-2501385888
Des Moines, IA 50368

Home Depot Credit Services
PO Box 9055
Des Moines, IA 50368

Horizon Distributers
371 Julia St.
Henderson, NV 89014

Horizontal Boring and Tunneling
505 S, River Ave.
Exeter, NE 68351

Hose Power USA
PO Box 90550
Phoenix, AZ 85066

Hurtado Construction Inc
16130 Reiner Cir.
Riverside, CA 92504

Hydraulic Services Seals & Supplies, LLC
2226 E. Cheyenne
North Las Vegas, NV 89030

Impact Sand & Gravel
145 E. Warm Springs Rd
Las Vegas, NV 89119

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

J & J Enterprises Svcs, Inc
5920 W. Cougar Ave
Las Vegas, NV 89139

J S Cole Company
P.O. Box 5368
Novato, CA 94948

Jensen Precast
825 Stenari Way
Sparks, NV 89431

Jiffy Lube-Heartland Auto
PO Box 140699
Irving, TX 75014

John Deere Construction & Forestry Co.
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600

John Deere Credit
PO Box 4450
Carol Stream, IL 60197

John Deere Landscapes
24110 Network Place
Chicago, IL 60673

Johnson's Trucking
3547 East Victoria Drive
Alpine, CA 91901

Kalamazoo Materials, Inc
PO Box 50669
Tucson, AZ 85735

Keller Paving
1820 Hwy 2 Bypass East
Minot, ND 58701

Keller Paving and Landscaping
1820 Highway 2 Bypass East
Minot, ND 58701

Kemper Construction Co.
PO Box 8
Minot, ND 58702

Knotts & Co.
PO Box 70
Spanish Fork, UT 84660

Las Vegas Paving Corp
4420 S. Decatur Blvd
Las Vegas, NV 89103

Las Vegas Valley Water District
1001 South Valley View Blvd
Las Vegas, NV 89107

Las Vegas-Phoenix Post Tension
336 E. Country Club Dr.
Henderson, NV 89015

Las Vegas-Phoenix Post Tension
336 E. Country Club Dr
Henderson, NV 89015

Leavitt Insurance Agency
7881 W. Charleston Blvd
Las Vegas, NV 89117

Legacy Rock Inc
PO Box 1335
4425 Whitney St.
Logandale, NV 89021

Leo's Equipment Services
28585 Shady Lane
Winchester, CA 92596

Littler Mendelson, P.C
PO Box 45547
San Francisco, CA 94145

MAG Trucking
7509 Tuckaway Harbor St.
Las Vegas, NV 89139

Maile Concrete Contractors
5031 Sobb Ave
Las Vegas, NV 89118

Main Electric Construction
2626 Valley Street
Minot, ND 58702

Main Electric Construction
2626 Valley St
Minot, ND 58702

Marisa USA Inc
3745 Losee Rd
North Las Vegas, NV 89030

Masters of Barricades, LLC
4425 Colton Ave Ste 101
Las Vegas, NV 89115

McCancless International Truck
3780 Losee Rd
North Las Vegas, NV 89030

McG Equipment
7516 Maiden Run Ave
Las Vegas, NV 89130

Melchert Consulting
2406 Rue De Bordeaux
Henderson, NV 89074

Merli Concrete Pumping
2545 N. Marco St
Las Vegas, NV 89118

Minot Water Department
PO Box 5006
Minot, ND 58702

Montana-Dakota Utilities Co.
Po Box 5600
Bismarck, ND 58506

NAPA Auto Parts-Civic Ctr
File 56893
Los Angeles, CA 90074

National Construction Rentals
PO Box 4503
Pacoima, CA 91333

Nations Fund
c/o Scott Fleming, Esq.
Armstrong Teasdale, LLC
3770 Howard Hughes Pkwy., #200
Las Vegas, NV 89169

Nations Fund I, LLC
501 Merrit Seven
6th Floor
Norwalk, CT 06851

Native Resourses Nevada
6420 S. Cameron #207
Las Vegas, NV 89118

NEDCO Supply
4200 W. Spring Mtn Rd
Las Vegas, NV 89102

Nelson Hiniker Striping, Inc
241 Sunpac Ave
Henderson, NV 89011

Networx Inc
5160 Valley View Blvd
Las Vegas, NV 89118

Nevada Bolt & Hose
PO Box 531463
Henderson, NV 89053

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave #1300
Las Vegas, NV 89101

Nevada Tap Masters Inc
1647 Willow Pass Rd # 131
Concord, CA 94520

Nevada Transit & Laser
612 W. Confluence Ave
Salt Lake City, UT 84118

Nevada Water Trucks
7121 W. Craig Rd #113
Las Vegas, NV 89129

NFPA
PO Box 9689
Manchester, NH 03108

North Core Corp
PO Box 5318
Fargo, ND 58105

NTS Mikedon, LLC
PO Box 750963
Houston, TX 77075

NUCA
PO Box 530807
Phoenix, AZ 85053

NV Energy
PO Box 30068
Reno, NV 89520-3068

NW 5653
Po Box 1450
Minneapolis, MN 55485

O'Connor Construction Mgmtm Inc
PO Box 51000
Irvine, CA 92619

Occupational Heakth Centers of the South
PO Box 5950
Sparks, NV 89432

Occupational Health Centers
PO Box 9010
Broomfield, CO 80021

Office Depot
PO Box 70025
Los Angeles, CA 90074

Office Depot Inc
PO Box 70025
Los Angeles, CA 90074

Old Republic Construction Program
225 South Lake Avenue
Pasadena, CA 91101

Pac-Van Inc
75 Remittance Dr. Ste 3300

Pac-Van, Inc
75 Remittance Drive, Ste 3300
Chicago, IL 60675

Pacific Steel Group
4805 Murphy Canyon Rd
San Diego, CA 92123

Patriot Fuel, Lube & Maintenance, Inc.
P.O. Box 231059
Las Vegas, NV 89105

Patriot Lube
PO Box 231059
Las Vegas, NV 89105

Pipe Maintenance Service
4505 Andrews Street
North Las Vegas, NV 89081

Plaza Bank
c/o Candace Carlyon, Esq.
Carlyon Law Group
3333 E. Serene Ave., #110
Henderson, NV 89074

Portable Aggregate Producers
P.O. Box 62437
Boulder City, NV 89006

Power Plus!
1210 N. Red Gum Street
Anaheim, CA 92806

Prairie Supply Inc
PO box 118
West Fargo, ND 58078

Praxair Distribution Inc.
P.O. Box 120812
Dept 0812
Dallas, TX 75266

Preston Construction Software
22450 Rolling Hills Lane
Yorba Linda, CA 92887

Prevention Pest Control
2838 Marco Street
Las Vegas, NV 89115

Professional Pipe Services
4940 W. Watkins Street
Phoenix, AZ 85043

ProVigil
P.O. Box 678105
San Antonio, TX 78268

PSLQ, Inc. dba GreenBee
28910 Rancho California Road, Ste. 206
Temecula, CA 92590

PTO Sales Corp.
28121 Network Place
Chicago, IL 60673-1281

Rain2Day Environmental
4740 Industry Park Court
Las Vegas, NV 89115

RDO Trust
PO Box 7160
Fargo, ND 58106

Rebel Sand and Gravel
4725 Kevin Way
Las Vegas, NV 89129

Regan Paving
230 Helicopter Circle
Corona, CA 92880

Republic Dumpco
P.O. Box 846014
Dallas, TX 75284

Republic Services #620
P.O. Box 78829
Phoenix, AZ 85062

Reseco Insurance Advisors
7901 North 16th St. Ste 100
Phoenix, AZ 85020

Reseco Insurance Advisors, LLC
7901 North 16th Street, Ste. 100
Phoenix, AZ 85020

RGS ReproGraphic Solutions
6645 S. Eastern Ave.
Las Vegas, NV 89119

Rinker Materials
2100 Burns Rd
Henderson, NV 89051

River City Petroleum
4870 E. Cartier Avenue
Las Vegas, NV 89115

River City Petroleum, Inc
4870 E. Cartier Ave
Las Vegas, NV 89115

RMS Hartford Insurance
East Hartford, CT 06128


Roadsafe Traffic Systems
908 Sharp Circle
North Las Vegas, NV 89030

Robertson's
PO Box 3600
Corona, CA 92878

Ross Co. Construction, Inc
3920 Leon Avenue, Ste. 1
Las Vegas, NV 89130

Safelite Fulfillment, Inc.
P.O. Box 633197
Cincinnati, OH 45263

Sage Softmare, Inc.
14855 Collections Center Dr.
Chicago, IL 60693

Sage Software, Inc
14855 Collections Center Dr
Las Vegas, NV 89118

SBA
400 S. 4th St.
Suite 250
Las Vegas, NV 89101

Scott Zemp Masonry, Inc.
6031 McLeod Drive
Las Vegas, NV 89120

Secure Source
13954 W. Waddell Road Ste 103-216
Surprise, AZ 85379

Sign-A-Rama
2707 E. Craig Road, Unit B
North Las Vegas, NV 89030

Silver State Analytical Labs
3638 East Sunset Road #100
Las Vegas, NV 89120

Silver State Transport, LLC
P.O. Box 90967
Henderson, NV 89009

Silver State Wire Rope
P.O. Box 3046
Compton, CA 90223

Simplex Grinnell
Dept CH 10320
Palatine, IL 60055

Soil Tech Inc.
6420 S. Cameron #207
Las Vegas, NV 89118

Soil Tech, Inc.
Native Resources Nevada, LLC
6420 S. Cameron, #207
Las Vegas, NV 89118

Soltis Sportswear
PO Box 1927
Minot, ND 58702

Souris Valley Ready Mix, LLC
5320 Railway Ave
Po BOx 1947
Minot, ND 58702

Southwest Gas Corporation
PO Box 98512
Las Vegas, NV 89193

Southwest Specialty Coatings
1102 Sharp Circle
North Las Vegas, NV 89030

Sparkletts
PO Box 660579
Dallas, TX 75266

Sprint PCS
P.O. Box 4181
Carol Stream, IL 60197

Squires Lumber Company, Inc.
370 N. 9th Street
Colton, CA 92324

SR Trucking & Transport, Inc.
719 North Racetrack Road
Henderson, NV 89015

SRT Communications
PO box 2027
Minot, ND 58702

Stanley Convergent Security Solutions,
Dept Ch 10651
Palatine, IL 60055

Star Nursery Inc.
125 Cassia Way
Henderson, NV 89014

State of California Registrar of Contrac
3097 E. Warm Spring Rd #300
Las Vegas, NV 89120

Strata Corporation
PO Box 13500
Grand Forks, ND 58208

Sukit Equipment, Inc
4010 W. Chandler
Santa Ana, CA 92704

Sukut Equipment
4010 W. Chandler
Santa Ana, CA 92704

Susan Frankewich
3210 W, Charleston Blvd, Bldg 4
Las Vegas, NV 89102

T & L Equipment Inc
3802 Civic Center Dr.
North Las Vegas, NV 89030

Ted Wiens Tire
1701 Las Vegas Blvd S
Las Vegas, NV 89104

TeleData Contractors
5160 S. Valley View Blvd #100
Las Vegas, NV 89118

The Gas Company
PO Box C
Monterey Park, CA 91756

The Tiberti Company
4975 Rogers St
Las Vegas, NV 89118

Time Warner Cable
556 Birch St
Lake Elsinore, CA 92530

Tomcat Investments
8930 W. Tropicana Ave. Ste #1
Las Vegas, NV 89147

Toolshed Equiopment Rental
156 W. Mission Ave
Escondido, CA 92025

Top Notch Services
9260 El Camino Rd
Las Vegas, NV 89139

Toshiba Business Solutions
File 57202
Los Angeles, CA 90074

Toshiba Financial Services
File 57202
Philadelphia, PA 19101

Trench Shoring Company
636 E. Rosecrans Ave.
Los Angeles, CA 90059

UIS, Inc
PO Box 669
Pleasant Grove, UT 84062

Underground Technologies of Minnesota LL
4985 340Th Ave
Waseca, MN 56093

United States Trustee
300 Las Vegas BLVD S. #4300
Las Vegas, NV 89101

UNUM Life Insurance Company of America
PO Box 406990
Atlanta, GA 30384

Valley Bank of Nevada
Main Office
6385 Simmons Street
North Las Vegas, NV 89031

Valley Press of Las Vegas
2675 E. Patrick Lane
Las Vegas, NV 89120

Viewpoint
PO Box 205095
Dallas, TX 75320

Waste Management of the Inland Empire
PO box 541065
Los Angeles, CA 90054

Western Electric Motors Inc
2113 Western Ave
Las Vegas, NV 89102

White Cap Construction Supply
1815 S. Ritchey St
Santa Ana, CA 92705

Wigwam 1020, LLC
1020 Wigwam Pkwy
Henderson, NV 89074

Wisan, Smith, Racker & Prescott
155 N. 400 St Ste 400
Salt Lake City, UT 84103

Xylem Water Solutions USA, Inc
PO Box 223724
Pittsburgh, PA 15251

Zomax Concrete Pumping, Inc
5375 So. Cameron St Unit B
Las Vegas, NV 89118