A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
KUNG & BROWN
214 S. Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883
(702) 382-2720 Fax
ajkung@ajkunglaw.com
bbrown@ajkunglaw.com
    *Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-15-15722-abl |
|---|---|
| CAPRIATI CONSTRUCTION CORP., INC.<br><br>          Debtor. | Chapter 11<br><br>**NOTICE OF: (1) EFFECTIVE DATE OF DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION [DKT. NO. 485]; AND (2) DEADLING FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE CLAIMS** |

**NOTICE IS HEREBY GIVEN** that, as of December 28, 2016, all conditions precedent to the effectiveness of Debtor's Third Amended Chapter 11 Plan of Reorganization [Dkt. No.: 485], as modified by the Debtor's Second Amended Plan of Reorganization [Dkt. No.: 386] (the "**Plan**"), and as confirmed by the Third Amended Chapter 11 Plan of Reorganization Confirmed Order (Dated December 5, 2016) [Dkt. No.: 813] ("**Confirmation Order**") entered by the United States Bankruptcy court for the District of Nevada (the

"**Bankruptcy Court**") on December 5, 2016, have been satisfied or waived and the Effective Date[1] of the Plan shall be December 28, 2016 for all purposes.

**NOTICE IS FURTHER HEREBY GIVEN** that the Confirmation Order and the Plan contain other provisions that may affect your rights. You are encouraged to review the Confirmation Order and the Plan in their entirety and consult with your own legal advisors.

DATED this 28th day of December, 2016.

    KUNG & BROWN

    By:  /s/ Brandy Brown
    A.J. Kung, Esq.
    Nevada Bar No. 7052
    Brandy Brown, Esq.
    Nevada Bar No. 9987
    214 S. Maryland Parkway
    Las Vegas, Nevada 89101
    Phone: (702)382-0883
    Fax:   (702)382-2720
    *Attorneys for Debtor*

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

[2] Kung & Brown, 214 S. Maryland Parkway, Las Vegas, Nevada 89101.